UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff

-against-

AMERICAN GROWTH FUNDING II, LLC,
PORTFOLIO ADVISORS ALLIANCE, INC.,
RALPH C. JOHNSON, HOWARD J. ALLEN III,
and KERRI WASSERMAN,

        Defendants.

-----------------------------------------------------------x

OPINION AND ORDER

No. 16 CV 0828 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/17

KIMBA M. WOOD, District Judge:

On April 21, 2017, Plaintiff in this matter filed a Local Civil Rule 56.1 Statement along with a letter requesting leave to file a motion for summary judgment. Defendants shall submit a reply Local Rule 56.1 Statement, in the format indicated by the Rule, on the same day on which they file their opposition to Plaintiff's motion for summary judgment. Should Plaintiff wish to reply to Defendant's Statement, it must do so no more than fourteen days after Defendants file a response.

SO ORDERED.

New York, New York

    May 3, 2017

                                              /s/ Kimba M. Wood

                                              KIMBA M. WOOD
                                         United States District Judge