

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

**ALEXANDER M. VASILESCU**
Telephone:  (212) 336-0178
Email:  VasilescuA@sec.gov

January 2, 2019

**VIA E-Mail**

The Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE:    SEC v. Johnson, et al., 16 Civ. 828 (KMW) (S.D.N.Y.)**

Dear Judge Wood:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this letter to request permission for the use of mobile phones, general purpose computing devices, and internet set-up and use during trial in the above referenced matter for approved attorneys and parties.  Trial is set to begin on Jan. 7, 2019, and expected to last until Jan. 18, 2019.  (Two of the iPads we are bringing will be given to Your Honor for use during the trial as they will have the exhibits in PDF file form as we discussed at the last conference.)  Pursuant to your Honor's Individual Rules of Practice, Rule 12, we enclosed proposed Orders authorizing use of such devices.

Respectfully submitted,

Alexander M. Vasilescu
Regional Trial Counsel

cc:  counsels of record (via E-mail)